# First District Court of Appeal
## State of Florida

_____

No. 1D17-1825
_____

JOHN LEE WASHINGTON,

Appellant,

v.

JULIE L. JONES, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Calhoun County.
Shonna Young Gay, Judge.

March 29, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

John Lee Washington, pro se, Appellant.

Beverly Brewster, Assistant General Counsel, Tallahassee, for Appellee.